**LEGAL MAIL**

William Brown II
K93463 0W241
Soledad, CA 93960-0659
Hwy 101, PO Box 689



USDC N. Dist. of CA
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102