FILED
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Brown,
   Plaintiff,

vs.

Ben Curry,
   Defendant.

CASE NO. 07-5770 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, William Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Burger King 1997_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                   Yes ___ No _X_
9            self employment
10      b.   Income from stocks, bonds,                Yes ___ No _X_
11           or royalties?
12      c.   Rent payments?                            Yes ___ No _X_
13      d.   Pensions, annuities, or                   Yes ___ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments,        Yes ___ No _X_
16           Social Security or other govern-
17           ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                               Yes ___ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.   a.   List amount you contribute to your spouse's support:$ _____
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

and indicate how ~~~~~~~~~~~~~~~~ NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ___  No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___  No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___  No _X_ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?  Yes ___  No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___  No _X_  Amount. $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ 0 _____ Utilities: 0 _____

Food: $ 0 _____ Clothing: 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) N/A

1
2
3  10.    Does the complaint which you are seeking to file raise clai
4  other lawsuits?   Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s),
6  they were filed.
7
8
9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11          I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _8 Nov 2007_                    _[signature]_
15       DATE                         SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -