IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN, II, CURTIS M. JOHN-CHARLES, CESARI HARDIMAN,<br><br>    Plaintiffs,<br>  v.<br>BEN CURRY,<br>    Defendants.                    / | No. C 07-05770 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiffs, state prisoners, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.

Plaintiff Brown filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement.  The Clerk of the Court notified Plaintiff Brown that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months.  The Clerk sent a notice to Plaintiff Brown, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action.  More than thirty days have passed and Plaintiff Brown has not submitted a signed certificate of funds and a prisoner trust account statement.

The Clerk also sent a notice to Plaintiffs John-Charles and Hardiman, informing them that their action could not go forward until they paid the filing fee or filed a completed prisoner's in forma pauperis application.  More than thirty days have passed and Plaintiffs John-Charles and Hardiman have not paid the filing fee,

1  returned the in forma pauperis application or otherwise
2  communicated with the Court.
3      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
4  Plaintiff Brown's in forma pauperis application is DENIED as
5  incomplete.  The Clerk of the Court shall close the file.
6      IT IS SO ORDERED.
7  Dated:   1/11/08                     _____
                                        CLAUDIA WILKEN
8                                       UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Brown-Charles-Hardiman5770.DISIFP.wpd  2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BROWN et al,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesari Hardiman H02971
Correctional Training Facility
Hwy 101 P.O. Box 689
Soledad, CA 93960-0689

Curtis M. John-Charles T-56703
CTF-Soledad
P.O. Box 689
Highway 101 North
Soledad, CA 93960-0689

William Odessa Brown K-93463
CAL
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: January 11, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk