IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN, II, CURTIS M. JOHN-CHARLES, CESARI HARDIMAN,<br><br>      Plaintiffs,<br>  v.<br>BEN CURRY,<br>      Defendants.             / | No. C 07-05770 CW (PR)<br><br>JUDGMENT |

The Court has dismissed this action without prejudice because Plaintiffs failed to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/11/08

                                              /s/ Claudia Wilken
                                              CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Brown-Charles-Hardiman5770.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BROWN et al,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesari Hardiman H02971
Correctional Training Facility
Hwy 101 P.O. Box 689
Soledad, CA 93960-0689

Curtis M. John-Charles T-56703
CTF-Soledad
P.O. Box 689
Highway 101 North
Soledad, CA 93960-0689

William Odessa Brown K-93463
CAL
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: January 11, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Brown-Charles-Hardiman5770.jud.wpd    2