E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Brown et al
Plaintiff,

vs.

Warden, Ben Curry
Defendant.

CV 07 5770

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Wm Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Burger King 1997_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or            Yes ___ No _X_
10        self employment
11   b.   Income from stocks, bonds,         Yes ___ No _X_
12        or royalties?
13   c.   Rent payments?                     Yes ___ No _X_
14   d.   Pensions, annuities, or            Yes ___ No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                   Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ __N/A__

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1     b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?      Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?                Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _X_ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 <u>Name of Account</u>       <u>Monthly Payment</u>       <u>Total Owed on This Acct.</u>
26 _____     $ _____     $ _____
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____ N/A _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  21 Nov 07                         [signature]
17     DATE                           SIGNATURE OF APPLICANT

Case Number: CV 07 5770 CW (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Will Brown K93463_ for the last six months
[prisoner name]
_Correctional Training Facility_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.83_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _30.66_.

Dated: _1-2-08_

_Brenda Nation, Acct Technician_
[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 1-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

```
REPORT ID: TS3030   .701                          REPORT DATE: 12/28/07
                                                  PAGE NO:         1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 27, 2007 THRU DEC. 28, 2007

ACCOUNT NUMBER : K93463                BED/CELL NUMBER:
ACCOUNT NAME   : BROWN, WILLIAM ODESSA  ACCOUNT TYPE: T
PRIVILEGE GROUP:
                        TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------     -------  ---------  --------  -----------  -------

07/27/2007    BEGINNING BALANCE                                            24.17

08/10 W512 LEGAL POSTAGE 0509 LPOST                             0.58       23.59
08/10 W512 LEGAL POSTAGE 0509 LPOST                             0.41       23.18
08/10 W512 LEGAL POSTAGE 0509 LPOST                             1.31       21.87
08/10 W512 LEGAL POSTAGE 0509 LPOST                             1.31       20.56
08/10 W512 LEGAL POSTAGE 0509 LPOST                             0.58       19.98
08/10 W512 LEGAL POSTAGE 0509 LPOST                             2.16       17.82
08/10 W512 LEGAL POSTAGE 0509 LPOST                             2.50       15.32
08/10 W512 LEGAL POSTAGE 0509 LPOST                             2.16       13.16
08/10 W512 LEGAL POSTAGE 0509 LPOST                             4.60        8.56
08/21 D300 CASH DEPOSIT  0614 86843          50.00                         58.56
08/25 W512 LEGAL POSTAGE 0669 LPOST                             1.65       56.91
08/25 W512 LEGAL POSTAGE 0669 LPOST                             1.48       55.43
08/25 W512 LEGAL POSTAGE 0669 LPOST                             1.14       54.29
08/25 W512 LEGAL POSTAGE 0674 LPOST                             0.41       53.88
08/25 W512 LEGAL POSTAGE 0687 LPOST                             0.41       53.47
08/27 W516 LEGAL COPY CH 0692 LCOPY                            11.55       41.92
08/27 W512 LEGAL POSTAGE 0709 LMAIL                             1.48       40.44
08/27 W512 LEGAL POSTAGE 0709 LMAIL                             1.48       38.96
08/27 W512 LEGAL POSTAGE 0709 LMAIL                             0.58       38.38
08/28 W516 LEGAL COPY CH 0712 LCOPY                            10.42       27.96
08/30*W512 LEGAL POSTAGE 0729 LPOST                             0.58       27.38
08/30*W512 LEGAL POSTAGE 0729 LPOST                             1.48       25.90
08/30*W512 LEGAL POSTAGE 0729 LPOST                             0.41       25.49
09/08 W512 LEGAL POSTAGE 0817 LPOST                             1.65       23.84
09/08 W516 LEGAL COPY CH 0818 LCOPY                             6.30       17.54
09/08 W516 LEGAL COPY CH 0819 LCOPY                            10.20        7.34
10/12 D300 CASH DEPOSIT  1198 4113           25.00                         32.34
11/08 D300 CASH DEPOSIT  1477 78119          20.00                         52.34
12/03 W512 LEGAL POSTAGE 1730 LPOST                             1.08       51.26


                        CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE    DESCRIPTION              COMMENT         HOLD AMOUNT
  ------      ----    -----------              -------         -----------
11/21/2006    H107    POSTAGE HOLD             1531 POST            2.55
04/14/2007    H107    POSTAGE HOLD             3088 POST            0.39
04/28/2007    H107    POSTAGE HOLD             3251 POST            4.40
09/22/2007    H107    POSTAGE HOLD             1015 POST           19.20
09/22/2007    H107    POSTAGE HOLD             1015 POST           19.65
11/06/2007    H107    POSTAGE HOLD             1456 POST            0.02
11/07/2007    H107    POSTAGE HOLD             1458 POST            0.02
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 1-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
  TRUST OFFICE
  Acct Technician



CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/28/07
                                                           PAGE NO:         2
                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 27, 2007 THRU DEC. 28, 2007

ACCT: K93463      ACCT NAME: BROWN, WILLIAM ODESSA         ACCT TYPE: T


                           CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE        DESCRIPTION          COMMENT      HOLD AMOUNT
  ----------   ----    ---------------------   ----------   -----------
  11/09/2007   H107    POSTAGE HOLD            1495 POST          4.60
  11/09/2007   H107    POSTAGE HOLD            1511 POST          0.41
  11/14/2007   H107    POSTAGE HOLD            1557 POST          0.02

                           TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
  ---------    --------    -----------  --------    -------    ------------
     24.17        95.00         67.91      51.26      51.26           0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                             0.00
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Brenda Slatin
TRUST OFFICE
Acct Technician