FILED

JAN 2 8 2008

RICHARD W. W......
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORN..

E-filing

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11                    Plaintiff,        } CV 07                5770
                                         } CASE NO. _____
12        vs.                            }
                                         } PRISONER'S
13                                       } APPLICATION TO PROCEED
                                         } IN FORMA PAUPERIS
14                    Defendant.         }
                                                              (PR) CW
15  _____   )

16        I, Curtis M. John-Charles , declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22        In support of this application, I provide the following information:

23  1.      Are you presently employed?  Yes ____ No  X

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Net: _____

27  Employer: _____

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

John Charles

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *Last place of Employment prior to Imprisonment was C.A.*

5  *Franchise Tax Board in March of 2001, where my wages per*

6  *Month was between $1000.00 and $1200.00!*

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9         a.      Business, Profession or              Yes ____ No _X_

10               self employment

11        b.      Income from stocks, bonds,           Yes ____ No _X_

12               or royalties?

13        c.      Rent payments?                       Yes ____ No _X_

14        d.      Pensions, annuities, or              Yes ____ No _X_

15               life insurance payments?

16        e.      Federal or State welfare payments,   Yes ____ No _X_

17               Social Security or other govern-

18               ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                           Yes _X_ No ____

24  Spouse's Full Name: __Ajene John-Charles_____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_A · 12 ; J · 10_____

_____

5.     Do you own or are you buying a home?          Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?          Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account?  Yes _____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No _X_ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No _X_

_____

8.     What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1   9.     Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do <u>not</u> include account numbers.)

3   _____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No _X_

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   <u>At this time It does not, however it may it Recently file case #▆▆▆▆</u>

10  <u>CV 07 5786 filed Nov 14, 2007 in this Northern Dist. Court.</u>

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _11·29·07_____

17      DATE                      SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                         Case Number: _CV_ _07_ _5770_

3                                                     _CW_

4
5
6                                            FILED

7                                      JAN 2 8 2008

8                CERTIFICATE OF FUNDS  RICHARD W. WIEKING

                                      CLERK, U.S. DISTRICT COURT

9                          IN     NORTHERN DISTRICT OF CALIFORNIA

10                    PRISONER'S ACCOUNT

11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of _JOHN - CHARLES  T56703_ for the last six months

                                     [prisoner name]

14 _CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.

           [name of institution]

      I further certify that the average deposits each month to this prisoner's account for the

15
16 most recent 6-month period were $ _10.00_ and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $ _40.08_ .

18
19 Dated: _1-24-08_                   _Brenda Nation, Acct Technician_

                                    [Authorized officer of the institution]

20
21
22
23                                                 THE WITHIN INSTRUMENT IS A CORRECT

    CORRECTIONAL TRAINING FACILITY             COPY OF THE TRUST ACCOUNT MAINTAINED

24     P.O. BOX 686                            ATTEST: 1-24-08

25     SOLEDAD, CA 93960                   CALIFORNIA DEPARTMENT OF CORRECTIONS

    ATTN: TRUST OFFICE                      BY _Brenda Nation_

26                                                   TRUST OFFICE

27                                                   _Account Technician_

28

REPORT ID: TS3030 .701

REPORT DATE: 01/24/08

PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS

CTF SOLEDAD/TRUST ACCOUNTING

INMATE TRUST ACCOUNTING SYSTEM

INMATE TRUST ACCOUNT STATEMENT


FOR THE PERIOD: AUG. 25, 2007 THRU JAN. 24, 2008


ACCOUNT NUMBER : T56703                     BED/CELL NUMBER:

ACCOUNT NAME   : JOHN-CHARLES, CURTIS MICHAE    ACCOUNT TYPE: T

PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 08/25/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/12 | D201 | FAMILY VISIT | 0870 8213 | | 60.00 | | 60.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/10 | W610 | TRANSFER OF T | 2152 SQ | 203437416 | | 60.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 0.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |

CURRENT

AVAILABLE

BALANCE

--------------

0.00

--------------

--------------

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE

Account Technician