IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

William ODESSA Brown, II,
Curtis M. John-Charles, &
Cesari Hardiman

NO. C 07-05770 CW (PR)

Motion to Appeal Judgment
Motion to Reconsider and
Objection to Order of
Dismissal (without prejudice).

Plaintiff(s), State Prisoner(s) filed the present pro se/ Class action prisoners complaint under 42 U.S.C § 1983.

Plaintiff was transferred from Correctional Training Facility (CTF-Soledad) to San Quentin State Prison December 12, 2007 and received an original filed stamped (dated) January 11th, 2008 regarding the "Order of Dismissal without prejudice" for failure to pay the filing fee or filed a completed prisoners in forma pauperis application.

Plaintiff followed the process, into filing the in forma pauperis in accordance with the prison procedure by first submitting a request for a trust account balance (See exh. 1), then following the prison-CTF Operations Manual (see exh. 2), and then being informed by Counsler that the Prison Trust Office did infact mail the in forma pauperis application along with plaintiff John-Charles Trust account balance to the Northern District and notified plaintiff John-Charles that said documents were mailed as requested (see exh. 3).

It should be noted that plaintiff John-Charles

1  did file two (2) seperate & completed in forma pauperis
2  application for both pending cases "CV 07-5786 PJH
3  (PR)," and "C 07-05770 CW (PR)," both which were
4  process by the U.S. District Clerk, Richard W.
5  Wieking for the Northern District of California.
6     Therefor, Plaintiff ask this Court to reinstate this
7  class action (suit), under 42. U.S.C. § 1983, because
8  plaintiff did complete two (2) in forma pauperis
9  application and submitted to the prison to mail as is
10 prison policy and procedure at Correctional Training Facility
11 (see exh. 2). Plaintiffs Respectfully plead with this court to
12 enter a new order/judgment to proceed with this action
13 under 42 U.S.C. § 1983. Plaintiff also request that the
14 Clerk of this Court order this case/file to be open (or reopen)

Respectfully Submitted,

Mr. Curtis M. John-Charles
Curtis M. John-Charles

Exh. 1

# MULTI-PURPOSE FORM

TO: __Trust Office__   __Sgt or Lt.__   DATE: __10·14·07__
    (Name)            (Title)

- ❏ MEDICAL CONCERN
- ❏ DENTAL CONCERN
- ❏ VISITING CONCERN
- ❏ REQUEST FOR INTERVIEW
- ❏ PACKAGE ROOM
- ❏ REQUEST FOR I.D. CARD
- ❏ REQUEST TO REVIEW CENTRAL FILE
- ❏ MAIL ROOM: Request for metered envelopes **(No Funds)**
- ❏ E.P.R.D.: You should be within six (6) months of release date to inquire

- ☒ TRUST ACCOUNT BALANCE $ _____
- ❏ TRUST ACCOUNT WITHDRAWAL
- ❏ REQUEST FOR ROOM CHANGE
- ❏ REQUEST FOR UNIT CHANGE
- ❏ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❏ REQUEST FOR CHAPLAIN INTERVIEW
- ❏ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST (Be specific: Explain your problem): __I need a copy of my account balance for the last year, please!__

DATE: _____ STAFF RESPONSE: _____

INMATE NAME: __Mr. John Charles__   INMATE NUMBER: __T-56703__   CELL: __OW-239__
ASSIGNMENT: _____   HOURS: _____   RDO'S: _____

CTF-304 (Rev. 04-97)

Exh. 2



| | Correctional Training Facility | Chapter: 10000 |
|---|---|---|
| | | Custody/Security Operations |
| | **OPERATIONS MANUAL** | Subchapter: 14000 |
| | | Technical Support |
| | | Section: 14010 |
| | | Legal Matters |

**14010.21.2 Processing In Forma Pauperis**

The following procedures were placed in effect in August 1998 in order to ensure confidentiality during the processing of inmate legal mail, i.e., In Forma Pauperis certifications and certified trust account statements:

1. Requests for legal mail must be submitted for processing through the Unit Correctional Counselor I (CC-I).

2. Paperwork must be complete prior to submitting to the CC-I to ensure that all documents are mailed to the courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

3. After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. *Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.*

4. Prepare two envelopes--one larger than the other--and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all the completed paperwork, *except the In Forma Pauperis* in the first envelope and seal the package for legal mail.

5. Take the legal mail package, the second envelope, any Trust Withdrawal Orders you may need and the In Forma Pauperis request to the CC-I who will hand carry the entire packet to the Trust Office for completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and hand carry the completed package to the mailroom.

6. Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log is maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the court to which it was sent to is kept for future reference.

J. Hamlet
Warden (A)
Correctional Training Facility

Case 4:07-cv-05770-CW   Document 11   Filed 01/29/2008   Page 7 of 9

Exh. 3

JOHN-CHARLES    T56703    OW 239

11/6/2007

Sent your Certificate of Funds document to the Trust Office today for processing. 10/25 ICC chrono is attached per your request.

*CCI M. Evans*
CTF-Central ASU

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015.5)

I, Curtis M. John-Charles, declare:

I am over 18 years of age and I am party to this action. I am a resident of ~~CORRECTIONAL~~ TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Curtis M. John-Charles, CDCR #: T-56703
#: 5-N-89-U
San Quentin, CA 94974

On January 27th, 2008, I served the attached:

Motion to Appeal Judgement; Motion to Reconsider and objection to Order of Dismissal (without prejudice) with exh. 1 - Multi purpose form; exh. 2 - CTF Operation Manual; exh. 3 - Counsler notification that Certificat has been processed!

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 27, 2008.

Mr. C.M. John-Charles
Curtis M. John-Charles
Declarant