

Franklin, C.M. John-Charles, T-56703
North Block; 5-N-89-U
San Quentin, CA 94964

Legal Mail

To: Office of the Clerk, U.S.
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212

Per CCR-3165(a)

Legal Mail