United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

       Plaintiff,

  v.

BEN CURRY, Warden,

       Defendant.
_____/

No. C 07-5770 CW (PR)

ORDER (1) GRANTING MOTION TO RECONSIDER; (2) VACATING ORDER DISMISSING PLAINTIFF JOHN CHARLES'S ACTION WITHOUT PREJUDICE; (3) SEVERING HIS CLAIMS; AND (4) OPENING CLAIMS IN A NEW CASE

    Plaintiff Curtis M. John-Charles, is a prisoner of the State of California who is incarcerated at San Quentin State Prison. Plaintiff John-Charles filed this pro se civil rights case along with two other Plaintiffs. At the time they filed the complaint, Plaintiffs were confined at the Correctional Training Facility (CTF) in Soledad.

I.  Granting Motion to Reconsider and Vacating Order Dismissing Plaintiff John-Charles's Complaint

    In an Order dated January 11, 2008, the Court dismissed Plaintiffs' complaints for failure to provide proper in forma pauperis (IFP) applications.

    On January 28, 2008, Plaintiff John-Charles filed a completed IFP application.

    On January 29, 2008, Plaintiff John-Charles filed a "Motion to Appeal Judgment; Motion to Reconsider and Objection to Order of Dismissal (Without Prejudice)." Plaintiff states that he has

1  another pending case before the Honorable Phyllis J. Hamilton of

2  this Court.  See John-Charles v. Abanico, et al., Case no. 07-5786

3  PJH (PR).  He claims that he filed "two (2) separate and completed

4  in forma pauperis application [sic] for both pending cases."

5  However, he alleges that even though he acted "in accordance with

6  the prison procedure," his IFP application was only submitted in

7  Case no. 07-5786 PJH (PR).  See IFP application filed Nov. 14, 2007

8  in Case No. 07-5786 PJH (PR).  Plaintiff John-Charles has since

9  filed a complete IFP application in this action.

10      In view of this, Plaintiff John-Charles's motion to reconsider

11  is GRANTED.  Therefore, the Court's January 11, 2008 Order of

12  Dismissal Without Prejudice is VACATED as to Plaintiff John-

13  Charles's complaint.  His motion to appeal judgment is DENIED as

14  unnecessary because there is no final judgment to appeal.

15  II.  Severing Plaintiff John-Charles's Claims, Directing Clerk to
         File Claims as New Case and Referring Case for Related Case
16       Determination

17      The Court finds that Plaintiffs John-Charles and Brown should

18  proceed in separate actions.[1]  Because Plaintiffs John-Charles and

19  Brown have limited access to one another and cannot represent each

20  other in these proceedings, basic case management principles of

21  delay reduction and avoidance of confusion call for their claims to

22  proceed separately.  Accordingly, Plaintiff John-Charles's claims

23  are severed from Plaintiff Brown's claims.  Plaintiff John-

_____

25      [1]  In a separate Order, the Court has also vacated the Order of
    Dismissal Without Prejudice as to Plaintiff Brown's complaint and
26  ordered Plaintiff Brown to show cause in writing why his action should
    not be dismissed pursuant to 28 U.S.C. § 1915(g).

27

**United States District Court**
For the Northern District of California

Charles's claims in this action are DISMISSED without prejudice, and the Clerk of the Court is directed to file his complaint as a new action.

CONCLUSION

1.   Plaintiff John-Charles's motion to reconsider (docket no. 11) is GRANTED.

2.   The Court's January 11, 2008 Order of Dismissal Without Prejudice is VACATED as to Plaintiff John-Charles's complaint.  The Clerk of the Court shall REOPEN the action filed by Plaintiff John-Charles.

3.   Plaintiff John-Charles's motion to appeal judgment (docket no. 11) is DENIED as unnecessary.

4.   Plaintiff John-Charles's claims are severed from Plaintiff Brown's claims.  The Clerk of the Court is directed to file Plaintiff John-Charles's complaint as a new action before this Court and assign it to the undersigned.

5.   Plaintiff John-Charles is GRANTED leave to proceed IFP (docket no. 10).

6.   The Clerk shall file and docket in the new case Plaintiff John-Charles's complaint and the Order granting him IFP status.

7.   This Order terminates Docket nos. 10 and 11.

IT IS SO ORDERED.

DATED: 1/31/08

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BROWN et al,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

_____/

Case Number: CV07-05770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesari  Hardiman H02971
Correctional Training Facility
Hwy 101 P.O. Box 689
Soledad,  CA 93960-0689

Curtis M. John-Charles T-56703
CTF-Soledad
P.O. Box 689
Highway 101 North
Soledad,  CA 93960-0689

William Odessa Brown K-93463
CAL
P.O. Box 5002
Calipatria,  CA 92233-5002

Dated: January 31, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California