UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BROWN et al,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05770 CW

**AMENDED CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesari Hardiman H02971
Correctional Training Facility
Hwy 101 P.O. Box 689
Soledad, CA 93960-0689

Curtis M. John-Charles T-56703
CTF-Soledad
P.O. Box 689
Highway 101 North
Soledad, CA 93960-0689

Curtis M. John-Charles T-56703
North Block; 5-N-89-U
San Quentin, CA 94964

William Odessa Brown K-93463
CAL
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: January 31, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk