To The Clerk of the Court:

I am not for sure on this claim, in which will be researched, anyhow how is Plaintiff John-Charles claim proceed without exhausting his Appeal remedies? ~~Ngo vs Wool~~ Woolford vs Ngo.

I am the Plaintiff who filed this Administrative Appeal. How is the Court allowing Petitioners John-Charles complaint proceed without Mr. Browns' Appeal?

This Administrative Appeal is an contract between the institution and the author and if I'm not mistaken I must give written consent to an individual before using this Appeal. "if" that consent is not given and this appeal is relied upon for exhaustion requirements or as evidence isn't this a violation to me? I don't know for sure, but this question or matter will be investigated.

Wm Brown
6 Feb 08