K93463 Brown 155 242
Box 5004
Calipatria CA 92233

GENERATED FROM
CALIPATRIA STATE PRISON

UNITED STATES POSTAGE
$ 00.00
MAILED FROM ZIP CODE 92233

United States Dist Court
Northern Dist CA
450 Golden Gate Ave
San Fran, CA 94102

USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER