William Brown
K93463  B5 242
Po Box 5004
Calipatria, CA 92233



United States District Court
Northern District of California

William Brown
    Plaintiff,
vs.
Ben Curry, Warden
    Defendant.

Case No C 07-5770 CW

Letter to Clerk
of the Court

To Clerk of the Court:
Please be advised that the Plaintiff in the above-matter is requesting for confirmation as to whether the Court has received Petitioners motion titled: "Plaintiff's Reply To Courts Order To Show Cause," this motion or Reply was served upon the Court or mailed on 8 Feb 08.

The petitioner is requesting for confirmation that it has been received. If it has not been received, then please bear with him, its the institution in not mailing the Plaintiffs Legal Documents.

Dated 24 Feb 08

Respectfully requested,

Wm Brey

~~tutt~~

Clerk of the Court:

Additionally to my previous request, I have also submitted an Petition for Writ of Habeas Corpus on the same date in question, 8 Feb 08 and I have yet to receive an Case Number to this Petition.

Therefore I'm asking as to whether the Court has received this Petition as well.? Please Confirm.

    Thank You

Sincerely

*Will Br——* (signature)

Dated 24 Feb 08

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Wm Brown_ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _24_ DAY OF: _Feb_ 20 _08_ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _Wm Brown_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Wm Brown_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON _24 Feb_ 20 _08_ I SERVED THE FOREGOING: _Letters to Clerk of the Court_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

_USDC. N. Dist CA_
_450 Golden Gate Ave_
_San Fran CA 94102_

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _24 Feb 08_             _Wm Brown_
(DECLARANT/PRISONER)