K93463 Brown 135242
PO Box 5004
Calipatria CA 92233

Legal Mail

USDC N Dist CA
450 GoldenGate Ave
San Fran. CA 94102




SAN BERNARDINO CA 924
25 FEB 2008
GENERATED FROM
CALIPATRIA STATE PRISON

9410 2473 661

02 1A
0004627869
MAILED FROM ZIPCODE 92233
$00