IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ODESSA BROWN, II,

        Plaintiff,

  v.

BEN CURRY,

        Defendant.
_____/

No. C 07-05770 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

    That this the action be dismissed without prejudice in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this 1st day of May, 2008.

                          RICHARD W. WIEKING
                          Clerk of Court

            By: _____
                SHEILAH CAHILL
                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BROWN et al,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Odessa Brown K-93463
CAL
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: May 1, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk